**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

CALVIN WALKER, # R4826                                                                                PETITIONER

vs.                                                                                CIVIL ACTION NO. 3:04-cv-1016 WS

CHRISTOPHER B. EPPS, ET AL.                                                               RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that respondents' motion to dismiss be granted, and the above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 25th day of January, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**